# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  
    CATRINA D EPPS  

Debtor(s)

Case No. 09-27951

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/31/2009.

2) The plan was confirmed on 09/30/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/31/2012, 08/05/2013, 01/16/2014.

5) The case was converted on 02/27/2014.

6) Number of months from filing to last payment: 51.

7) Number of months case was pending: 56.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $24,020.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $40,311.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $40,311.00

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,842.54 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,342.54

Attorney fees paid and disclosed by debtor: $1,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 21ST CENTURY INSURANCE | Unsecured | 644.75 | NA | NA | 0.00 | 0.00 |
| ANJALIE KHER | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| BENEDICTINE UNIVERSITY | Unsecured | 1,477.50 | 1,477.50 | 1,477.50 | 0.00 | 0.00 |
| BLACK EXPRESSIONS | Unsecured | 82.43 | NA | NA | 0.00 | 0.00 |
| CAMBRIDGE CREST | Secured | 705.10 | 705.10 | 705.10 | 705.10 | 0.00 |
| CHARTER ONE BANK | Unsecured | 596.52 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 433.45 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 383.47 | NA | NA | 0.00 | 0.00 |
| CORPORATE AMERICA FAMILY CU | Unsecured | 1,315.67 | 1,829.88 | 1,829.88 | 0.00 | 0.00 |
| CORPORATE AMERICA FAMILY CU | Unsecured | 2,347.08 | 2,951.40 | 2,951.40 | 1,750.44 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 1,394.38 | 1,510.79 | 1,510.79 | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| EMPIRE FIRE & MARINE INSURANCE | Unsecured | 328.00 | NA | NA | 0.00 | 0.00 |
| GOTTLIEB MEMORIAL HOSPITAL | Unsecured | 261.25 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| HIGHLIGHTS FOR CHILDREN | Unsecured | 20.70 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 1,086.27 | NA | NA | 0.00 | 0.00 |
| HSBC MORTGAGE SERVICES | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HSBC MORTGAGE SERVICES | Secured | 5,768.87 | 5,768.87 | 5,768.87 | 5,768.87 | 0.00 |
| ILLINOIS STUDENT ASSIST COMM | Unsecured | 15,421.20 | 11,382.64 | 11,382.64 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 839.62 | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 1,356.80 | 1,356.80 | 1,356.80 | 1,356.80 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 2,346.03 | 2,372.27 | 2,372.27 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,009.30 | 1,086.27 | 1,086.27 | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 126.48 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| RAINBOW PEDIATRICS | Unsecured | 561.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 5,038.95 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 425.30 | 418.89 | 418.89 | 0.00 | 0.00 |
| STILLWATER DENTAL | Unsecured | 137.50 | NA | NA | 0.00 | 0.00 |
| THORNTON AMERICAS HOLDINGS | Unsecured | NA | 3,270.95 | 3,270.95 | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT CORP | Secured | 21,705.16 | 21,705.16 | 21,705.16 | 19,202.41 | 2,777.09 |
| UNITED STUDENT AID FUNDS | Unsecured | 2,634.93 | 2,486.15 | 2,486.15 | 0.00 | 0.00 |
| VANDA LLC | Unsecured | 1,486.78 | 1,523.32 | 1,523.32 | 0.00 | 0.00 |
| WILL COUNTY TREASURER | Priority | NA | 63.01 | 63.01 | 63.01 | 0.00 |
| WILL COUNTY TREASURER | Secured | 4,200.42 | 4,200.42 | 4,200.42 | 4,200.42 | 144.32 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $7,125.67 | $7,125.67 | $0.00 |
| Debt Secured by Vehicle | $21,705.16 | $19,202.41 | $2,777.09 |
| All Other Secured | $4,905.52 | $4,905.52 | $144.32 |
| **TOTAL SECURED:** | **$33,736.35** | **$31,233.60** | **$2,921.41** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $63.01 | $63.01 | $0.00 |
| **TOTAL PRIORITY:** | **$63.01** | **$63.01** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$30,310.06** | **$1,750.44** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,342.54 |
| Disbursements to Creditors | $35,968.46 |
| **TOTAL DISBURSEMENTS :** | **$40,311.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/21/2014 By: /s/ Glenn Stearns
Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**